IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00450-WYD-MJW

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN, a Colorado corporation,

Plaintiff(s),

v.

DEBORAH LYNN DOYLE,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Confidentiality Protective Order (docket no. 17) is GRANTED. The written Confidentiality Protective Order is APPROVED as amended in paragraph 5 and made an Order of Court.

Date: June 26, 2007