IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00450-WYD-MEH

ATLANTIA IMPORTS, INC., d/b/a Icelandic Design, a Colorado Corporation,

    Plaintiff,

v.

DEBORAH LYNN DOYLE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2007.**

    Pending before the Court is Defendant's Motion to File Amended Answer, Counterclaims and Jury Demand ("Motion") [filed June 11, 2007; doc #14]. There being no objections from the Plaintiff, and in the interests of justice, the Motion is **granted**. The Clerk of the Court is directed to file the Amended Answer, Counterclaims and Jury Demand, found at doc #14-2. Plaintiff shall answer or otherwise respond to the counterclaims in accordance with Fed. R. Civ. P. 15(a).