IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00450-WYD-MJW

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

DEBORAH LYNN DOYLE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Stipulated Motion for Entry of Consent Decree Under Seal, filed March 31, 2008 (docket #41) is **GRANTED**. The Consent Decree and its attached exhibit A shall be entered and filed under seal.

    Dated: April 8, 2008